IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CIAN IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>AEROFLEX INCORPORATED,<br><br>Defendant. | Civil Action No. 3:11-cv-3349-M<br><br>JURY TRIAL DEMANDED |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 29 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Cian IP LLC, and defendant, Aeroflex Incorporated, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Cian IP LLC, and defendant, Aeroflex Incorporated, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**PATENT IN SUIT SETTLEMENT AGREEMENT**" and dated May 17, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this the ___29___ day of ___May___, 2012.

_____
THE HONORABLE BARBARA M.G. LYNN,
UNITED STATES DISTRICT JUDGE